**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IDA D., et al., | : | |
|     Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 17-5272 |
| | : | |
| PEDRO RIVERA, et al., | : | |
|     Defendants. | : | |

**ORDER**

**AND NOW**, this _19th__ day of November, 2018, it is **ORDERED** that:

- Plaintiffs' Motion for Summary Judgment Against Defendant Khepera Charter School (ECF No. 52) is **GRANTED in part and DENIED in part** as follows:

    o The motion is granted and Khepera is **ORDERED** to do each of the following for J.D. and J.R.:

    ▪ pay all tuition and transportation costs at OLC for the 2018-19 school year;

    ▪ fund a comprehensive educational evaluation; and

    ▪ deposit a total of $26,450 into a special needs trust administered by The Advocacy Alliance.

    o The motion is denied as to Plaintiffs' request for a declaration that Khepera will prospectively be responsible for the payment of tuition and transportation costs for private school and ESY programming for J.D. and J.R. beyond the 2018-19 school year.

- Plaintiffs' Motion for Summary Judgment Against Defendant Pennsylvania Department of Education (ECF No. 53) is **GRANTED in part and DENIED in part** as follows:

1

- o The motion is granted and PDE is **ORDERED** to do each of the following for J.D. and J.R.:
  - pay all tuition and transportation costs at OLC for the 2018-19 school year;
  - fund a comprehensive educational evaluation; and
  - deposit a total of $26,450 into a special needs trust in a manner consistent with its prior offer to provide compensatory education funds through PaTTAN.[1]
- o The motion is denied as to Plaintiffs' request for a declaration that PDE will prospectively be responsible for the payment of tuition and transportation costs for private school and ESY programming for J.D. and J.R. beyond the 2018-19 school year.

- Defendant Commonwealth of Pennsylvania, Department of Education's Motion for Summary Judgment (ECF No. 51) is **GRANTED in part and DENIED in part** as follows:
  - o The motion is granted only as to PDE's request for a declaration that it is not prospectively responsible for the payment of tuition and transportation costs for private school and ESY programming for J.D. and J.R. beyond the 2018-19 school year.
  - o The motion is otherwise denied in its entirety.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

---

[1] Although it appears to be a near impossibility, if Khepera were to satisfy its obligations, then PDE would be absolved from stepping in and satisfying these obligations for Khepera.

Copies **VIA ECF** on 11/19/2018