## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IDA D., et al., | : | |
|     Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 17-5272 |
| | : | |
| PEDRO RIVERA, et al., | : | |
|     Defendants. | : | |

## **ORDER**

**AND NOW**, this 25th day of June, 2019, it is **ORDERED** that Plaintiffs' Motion for Attorney's Fees and Costs (ECF No. 76) is **GRANTED**. Accordingly, Defendants Commonwealth of Pennsylvania Department of Education and Khepera Charter School are jointly and severally liable for Plaintiffs' reasonable attorneys' fees in the amount of $151,297.48 and $499.50 in costs.

                                                                                             __S/Anita B. Brody_____
                                                                                             ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to: